UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL B. MYERS,

    Plaintiff,

v.

BONNIE WALK and JOHN WALK,

    Defendants.

Case No. 3:16-cv-01175-JPG-RJD

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the parties' stipulation of dismissal. (Doc. 37.) Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared". Here, the stipulation has been signed by all parties who have appeared. Accordingly, the Court **FINDS** that this case is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: JANUARY 23, 2018**

                                      *s/ J. Phil Gilbert*
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**